**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN GARNER., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 01-2310 (RMU/JMF) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE AND STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff John Garner hereby notices the Court that Defendants Lawrence Pugh and John Doe Williams in the above-captioned matter are DISMISSED WITH PREJUDICE.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Clerk of the above Court will please show that all claims against Defendants Michelle Elzie, Isaac Cooper and Cornell Lesane in the above-captioned matter are DISMISSED WITH PREJUDICE and without any admission of liability, and all claims against the Defendant District of Columbia in the above-captioned matter are SETTLED, COMPROMISED and DISMISSED WITH PREJUDICE.

Further, the Clerk of the Court will please show that this action is DISMISSED in entirety and with respect to all Defendants.

288027 v1

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Corporation Counsel, D.C.

KIMBERLY C. MATTHEWS
Acting Deputy Corporation Counsel
General Litigation Division

___/s/_____
JOHN J. GRIMALDI, II, D.C. Bar No. 353037
Acting Chief, General Litigation II

___/s/_____
Charles A. Jones, D.C. Bar No. 449127
Ross, Dixon & Bell, L.L.P.
2001 K Street, N.W.
Washington, D.C.  20006-1040
(202) 662-2000 (telephone)
(202) 662-2190 (facsimile)
*Counsel for Plaintiff John Garner*

___/s/_____
David Jackson, D.C. Bar. No. 471535
Assistant Corporation Counsel, D.C.
Office of the Corporation Counsel
441 Fourth Street, N.W.
Washington, D.C.  20001
(202) 724-6598 (telephone)
(202) 724-6610 (facsimile)
*Counsel for Defendants*

Dated:  December 2, 2003

## **CERTIFICATE OF SERVICE**

I certify that on this 2nd day of December, 2003, a copy of the foregoing Notice and Stipulation of Dismissal was deposited, postage pre-paid in the United States Mail, for service upon the following counsel of record:

David A. Jackson
Assistant Corporation Counsel, D.C.
Office of the Corporation Counsel
441 4th St., N.W. 6 South
Washington, D.C. 20001


_____/s/_____

Joe Bowser

288027 v1